478 A.2d 97

Commonwealth v. Murnighan, Appellant.

Submitted

April 16, 1984.   Stuart M. Golant, for appellant;  Leonard J. Frawley, Jr., District Attorney, for appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.

CERCONE, J., filed a concurring and dissenting memorandum.